UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

QUAVAREICK K. MCKINNIE,

    Plaintiff,

v.                                            CASE NO. 3:10-CV-00865-J-32JBT

STATE OF FLORIDA,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION**[1]

On September 23, 2010, this Court entered an Order directing Plaintiff to either submit the $350.00 filing fee or complete and file an affidavit of indigency. (Doc. 3.) The Order provided that "[f]ailure to do so may result in a recommendation that this action be dismissed without further notice." (*Id.*) When Plaintiff failed to comply with the Court's September 23, 2010 Order, the Court entered another Order on November 1, 2010, directing Plaintiff to show cause, on or before November 26, 2010, why this action should not be recommended for dismissal without prejudice for Plaintiff's failure to comply with the Court's September 23, 2010 Order. (Doc. 5.) To date, Plaintiff has not responded to the Court's Orders and has neither submitted the $350.00 filing fee nor filed an affidavit of indigency requesting to proceed *in forma pauperis*. Therefore, the undersigned will recommend that this action be dismissed without prejudice.

Accordingly, it is respectfully **RECOMMENDED** that this action be **DISMISSED without prejudice** pursuant to Local Rule 3.10(a), United States District Court, Middle

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy." Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1); M.D. Fla. R. 6.02(a). "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

District of Florida.

**DONE AND ENTERED** at Jacksonville, Florida, on November 29, 2010.

/s/ Joel B. Toomey

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

The Honorable Timothy J. Corrigan
United States District Judge

*Pro Se* Plaintiff