**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

QUAVEREICK K. MCKINNIE,

        Plaintiff,

vs.                                              Case No. 3:10-cv-865-J-32JBT

STATE OF FLORIDA

        Defendant.

## **ORDER**

This case is before the Court on plaintiff's Complaint (Doc.1).  The assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 6), recommending that plaintiff's complaint be dismissed without prejudice pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida.

Upon independent review of the file, and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 6), it is hereby

**ORDERED**:

1.    The Report and Recommendation (Doc. 6) of the Magistrate Judge is **ADOPTED** in full as the opinion of the Court.

2.    This case is dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida.  The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 11th day of January, 2011.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

pro se parties